Opinion filed September 24, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed September 24, 2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-09-00273-CV

                                           __________

 

                                        IN RE DELORES SALCIDO 

 

 



 

                                                Original
Mandamus Proceeding

 

                                                                              



 

                                             M
E M O R A N D U M   O P I N I O N

Relator
has filed in this court a notice of nonsuit stating that her mandamus
proceeding is now moot.  Therefore, the petition for writ of mandamus is
dismissed as moot.

 

PER CURIAM

 

September 24,
2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.